IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TROY LUKENS,** | 3:15-CV-00512-JE |
| **Plaintiff,** | ORDER |
| v. | |
| **LARA MAUL, et al.,** | |
| **Defendants.** | |

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#25) on April 6, 2016, in which he recommends this Court grant Defendant Jamiel Brown's Motion (#20) for Summary Judgment and dismiss this matter with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*,

1   -   ORDER

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#25). Accordingly, the Court **GRANTS** Defendant Brown's Motion (#20) for Summary Judgment and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 16th day of May, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge